PROB 12C
(01/12)

# United States District Court
## for the
## Southern District of Mississippi
## Petition for Warrant or Summons for Offender Under Supervision



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 06 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

**Name of Offender**: Sirvetus Lamont Ratcliff    **Docket No**. 1:11cr27HSO-RHW-1
a/k/a Sirvetus Ratcliff

**Name of Sentencing Judicial Officer**: Honorable Walter J. Gex III (On April 15, 2014, this case was reassigned to the Honorable Halil Suleyman Ozerden.)

**Date of Original Sentence**: November 2, 2011

**Original Offense**: 21 U.S.C. §841(a)(1) – Possession with Intent to Distribute Kilograms or More of Marijuana

**Original Sentence**: Sixty (60) months imprisonment followed by thirty-six (36) months supervised release. Ordered to pay $100 special assessment. Special conditions include: 1) Provide financial information; 2) testing and/or treatment for drug abuse; 3) search condition.

**Type of Supervision**: Supervised Release    **Date Supervision Commenced**: July 31, 2015
**Assistant U.S. Attorney**: Gaines Cleveland    **Defense Attorney**: None at this time

---

## PETITIONING THE COURT

This information to be released to U.S. Marshal Service, U.S. Attorney's Office and U.S. Probation only.

☒ To issue a warrant
☐ To issue a summons

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1) Mandatory Condition | **The defendant shall not commit another federal, state or local crime.** On March 5, 2017, the defendant was found to be in possession of approximately 10lbs of marijuana and one pint of promethazine hydrochloride syrup and was placed under arrest by St. Tammany Sheriff Office, St. Tammany Parish, Louisiana. |
| 2) Standard Condition #2 | **The defendant shall not leave the judicial district without the permission of the court or probation officer.** On March 5, 2017, the defendant was arrested in St. Tammany Parish, Louisiana. The defendant was found to have traveled outside the Southern District of Mississippi without permission. |

*PACTS: Petition for Warrant or Summons / 12C*

Page 2 of 2

MSS Prob 12C

Petition for Warrant or Summons
For Offender Under Supervision

Name of Offender: RATCLIFF, Sirvetus Lamont

Case Number: 1:11cr27HSO-RHW-1

Reviewed and Approved:

*[signature]*

Kurt Raymond
Supervisory U.S. Probation Officer

Respectfully submitted,

*[signature]*

Brandon R. Bang
U.S. Probation Officer
Date: March 6, 2017

Name of AUSA Notified: Gaines Cleveland

**THE COURT ORDERS:**

☐ No Action
☒ Issue an Arrest Warrant
☐ Issue a Summons for Hearing on _____
☐ Other

*[signature]*
Signature of Judicial Officer

March 6, 2017
Date

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi

United States of America
v.

Sirvetus Lamont Ratcliff
aka Sirvetus Ratcliff (Wherever Found)

*Defendant*

Case No. 1:11cr27HSO-RHW

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Sirvetus lamont Ratcliff aka Sirvetus Ratcliff (Wherever Found),
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
VIOLATION OF CONDITIONS OF SUPERVISION

Date: 03/06/2017

ARTHUR JOHNSTON, CLERK

*Issuing officer's signature*

City and state: Gulfport, MS

W. Duggan, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 245B  (Rev. 09/08) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Southern District of Mississippi

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- | --- |
| **v.** | ) | |
| SIRVETUS LAMONT RATCLIFF | ) | |
| a/k/a Sirvetus Ratcliff | ) | Case Number: 1:11cr27WJG-RHW-1 |
| | ) | USM Number: 05015-043 |
| | ) | Michael W. Crosby |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

■ pleaded guilty to count(s)    2 of the Indictment

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
| --- | --- | --- | --- |
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute 50 Kilograms or More of Marijuana | 2/28/2011 | 2 |

    The defendant is sentenced as provided in pages 2 through   6   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

■ Count(s)    1 of the Indictment    ■ is    ☐ are   dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 2, 2011
Date of Imposition of Judgment

*Walter J. Gex III*
Signature of Judge

Walter J. Gex III - United States Senior District Judge
Name and Title of Judge

November 2, 2011
Date

AO 245B    (Rev. 09/08) Judgment in Criminal Case
         Sheet 2 — Imprisonment

Judgment — Page   2   of   6

DEFENDANT:     RATCLIFF, Sirvetus Lamont
CASE NUMBER:    1:11cr27WJG-RHW-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

60 months.

■   The court makes the following recommendations to the Bureau of Prisons:
     Defendant's placement in an institution nearest his family for which eligible and his participation in the Bureau of Prison's 500-hour drug abuse program.

■   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
     ☐   at _____ ☐ a.m. ☐ p.m. on _____ .
     ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     ☐   before 12 p.m. on _____ .
     ☐   as notified by the United States Marshal.
     ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.


                                             UNITED STATES MARSHAL

                          By _____
                                             DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/08) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page 3 of 6

DEFENDANT: RATCLIFF, Sirvetus Lamont
CASE NUMBER: 1:11cr27WJG-RHW-1

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

Three years.

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

■ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

■ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 1:11-cr-00027-HSO-RHW Document 59 Filed 11/04/11 Page 4 of 6
Case 3:20-mj-00026-UNA Document 1 05/22/20 Page 7 of 16

AO 245B (Rev. 09/08) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Judgment—Page 4 of 5

DEFENDANT: RATCLIFF, Sirvetus Lamont
CASE NUMBER: 1:11cr27WJG-RHW-1

## SPECIAL CONDITIONS OF SUPERVISION

1. Defendant shall provide the United States Probation Office [USPO] with access to any requested financial information.

2. Defendant shall participate in a program of testing and/or treatment for drug abuse as directed by the USPO until such time as Defendant is released from the program by the USPO. Defendant shall contribute to the costs of such treatment to the extent that Defendant is deemed capable by the USPO.

3. Defendant shall submit his person, residence, office or vehicle to a search, conducted by the USPO at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Defendant shall warn any other residents of his home that the premises may be subject to searches pursuant to this condition. Failure to submit to a search may be grounds for revocation of supervised release.

Case 1:11-cr-00027-HSO-RHW Document 59 Filed 11/04/11 Page 5 of 6
Case 3:20-mj-00026-UNA Document 1 03/22/20 Page 8 of 16

AO 245B (Rev. 09/08) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 5 of 6

DEFENDANT: RATCLIFF, Sirvetus Lamont
CASE NUMBER: 1:11cr27WJG-RHW-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ waived | $ n/a |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

**TOTALS** $ _____ $ _____

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Case 1:11-cr-00027-HSO-RHW   Document 59   Filed 11/04/11   Page 6 of 6
Case 3:20-mj-00026-UNA   Document 1   05/22/20   Page 9 of 16

AO 245B   (Rev. 09/08) Judgment in a Criminal Case
         Sheet 6 — Schedule of Payments

Judgment — Page  6  of  6

DEFENDANT: RATCLIFF, Sirvetus Lamont
CASE NUMBER: 1:11cr27WJG-RHW-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ■ Lump sum payment of $ ____100.00____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance   ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED,ALL_DRUGS_MINUS_TWO,RHW

# U.S. District Court
# Southern District of Mississippi (Southern)
# CRIMINAL DOCKET FOR CASE #: 1:11-cr-00027-HSO-RHW-1

Case title: USA v. Ratcliff et al  
Magistrate judge case number: 1:11-mj-00015-JMR

Date Filed: 03/22/2011  
Date Terminated: 11/04/2011

Assigned to: District Judge Halil S. Ozerden  
Referred to: Magistrate Judge Robert H. Walker

### Defendant (1)

**Sirvetus Lamont Ratcliff**  
*TERMINATED: 11/04/2011*  
*also known as*  
Sirvetus Ratcliff  
*TERMINATED: 11/04/2011*

represented by **Michael W. Crosby**  
MICHAEL W. CROSBY, ATTORNEY  
2111 25th Avenue  
Gulfport, MS 39501  
228-865-0313  
Fax: 228-865-0337  
Email: michaelwcrosby@bellsouth.net  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

### Pending Counts
CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE  
(2)

### Disposition
60 months BOP custody; 3 years supervised release; $100 special assessment.

### Highest Offense Level (Opening)
Felony

### Terminated Counts
CONSPIRACY TO POSSESS CONTROLLED SUBSTANCE  
(1)

### Disposition
Dismissed.

### Highest Offense Level (Terminated)
Felony

### Complaints
21:846=CD.F, 21:841A=CD.F

### Disposition

CM/ECF LIVE - U.S. District Court: Mississippi Southern District    https://ecf.mssd.uscourts.gov/cgi-bin/DktRpt.pl?445774036851002-L_1_0-1

Case 3:20-mj-00026-UNA    Document 1    05/22/20    Page 11 of 16

**Interested Party**

**Probation Gulfport**

**Interested Party**

**Probation Officer Jason Alexis**

**Interested Party**

**Ellen Allred** represented by **Ellen Maier Allred - FPD**
FEDERAL PUBLIC DEFENDER - Gulfport
2510 14th Street, Suite 902
Gulfport, MS 39501
228/865-1202
Fax: 228/867-1907
Email: ellen_allred@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**USA** represented by **John A. Meynardie-Federal Gov**
U. S. ATTORNEY'S OFFICE - Gulfport
1575 20th Avenue
Gulfport, MS 39501
228/563-1560
Fax: 228/563-1571
Email: john.meynardie@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Annette Williams-Federal Gov**
U. S. ATTORNEY'S OFFICE - Gulfport
1575 20th Avenue
Gulfport, MS 39501
228/563-1560
Fax: 228/563-1571
Email: annette.williams2@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/02/2011 |  | Attorney update in case as to Sirvetus Ratcliff, Omar Nelson. Attorney John A. Meynardie for USA added. (Regenold, Sheryal) [1:11-mj-00015-JMR] (Entered: 03/02/2011) |

| | | | |
|---|---|---|---|
| 03/02/2011 | 1 | | COMPLAINT as to Sirvetus Ratcliff (1), Omar Nelson (2). (Regenold, Sheryal) [1:11-mj-00015-JMR] (Entered: 03/02/2011) |
| 03/03/2011 | | | Minute Entry for proceedings held before Magistrate Judge John M. Roper:Initial Appearance as to Sirvetus Ratcliff held on 3/3/2011. Defendants were sworn, advised of his rights and the charges and penalties pending. Defendant appeared with his retained counsel, Michael Crosby and entered a Waiver of Court Appointed Counsel. The Government moved for detention and a hearing has been set for 3/4/2010 at 9:30 am. The Defendant was remanded to the custody of the US Marshal. APPEARANCES: Andrea Jones, AUSA; Scott Dial/Mason Williams, USM; Sandra Doll, USPO; Jim Steuble, CSO; Jenny Nicaud, Court Recorder. (Tape #dated 3/3/2011) (Regenold, Sheryal) [1:11-mj-00015-JMR] (Entered: 03/03/2011) |
| 03/03/2011 | 6 | | MOTION to Suppress *Statements* by Michael W. Crosby as to Sirvetus Ratcliff. (Crosby, Michael) Modified on 3/4/2011 to edit filing parties (avm). [1:11-mj-00015-JMR] (Entered: 03/03/2011) |
| 03/03/2011 | | | Minute Entry for proceedings held before Magistrate Judge John M. Roper:Initial Appearance as to Sirvetus Ratcliff held on 3/3/2011. Defendant appearing with his retained counsel, Michael Crosby, was sworn, advised of his rights and the charges and penalties pending. The Defendant executed a Waiver of Court Appointed Counsel. The Government moved for detention and the Court entered an Order setting the hearing for March 4, 2011 at 9:30 am. The Defendant was remanded to the custody of the US Marshal. APPEARANCES: Andrea Jones, AUSA; Sandra Doll, USPO; Scott Dial/Ivy Jenkins, USM; Jim Steuble, CSO; Jenny Nicaud, Court Recorder. (Tape #dated 3/4/2011) (Regenold, Sheryal) [1:11-mj-00015-JMR] (Entered: 03/03/2011) |
| 03/03/2011 | | | DOCKET ANNOTATION as to Minute Entry regarding initial appearance. This entry was entered twice in error. (Regenold, Sheryal) [1:11-mj-00015-JMR] (Entered: 03/03/2011) |
| 03/03/2011 | 4 | | WAIVER of Court Appointed Counsel by Sirvetus Ratcliff (Regenold, Sheryal) [1:11-mj-00015-JMR] (Entered: 03/03/2011) |
| 03/03/2011 | | | Attorney update in case as to Sirvetus Ratcliff. Attorney Michael W. Crosby for Sirvetus Ratcliff added. (Regenold, Sheryal) [1:11-mj-00015-JMR] (Entered: 03/03/2011) |
| 03/03/2011 | 5 | | ORDER OF TEMPORARY DETENTION as to Sirvetus Ratcliff. Detention Hearing set for 3/4/2011 09:30 AM before Magistrate Judge John M. Roper. Signed by Magistrate Judge John M. Roper on 3/3/2011 (Regenold, Sheryal) [1:11-mj-00015-JMR] (Entered: 03/03/2011) |
| 03/04/2011 | | | DOCKET ANNOTATION as to #6: document is filed only on behalf of Ratcliff; court staff edited the docket entry to remove defendant Nelson. Attorney is also advised that document is corrupted, although legible. (avm) [1:11-mj-00015-JMR] (Entered: 03/04/2011) |
| 03/04/2011 | | | Minute Entry for proceedings held before Magistrate Judge John M. Roper:Preliminary Hearing/Detention Hearing as to Sirvetus Ratcliff held on 3/4/2011. Government called Craig Shows, BPD assigned to DEA Task Force. PTSR entered as Exhibit G-1. Defendant questions Sandra Doll, USPO. The Court finds probable cause and no conditions for release. Order of Detention entered and the Court was remanded to the custody of the US Marshal. APPEARANCES: Gaines Cleveland, AUSA; Michael |

| | | |
|---|---|---|
| | | Crosby, Ret. Counsel; Sandra Doll, USPO; Scott Dial/Marcus Bass, USM; Jim Steuble, CSO; Jenny Nicaud, Court Recorder. (Tape #dated 3/4/2011) (Regenold, Sheryal) [1:11-mj-00015-JMR] (Entered: 03/04/2011) |
| 03/04/2011 | 8 | ORDER OF DETENTION as to Sirvetus Ratcliff. Signed by Magistrate Judge John M. Roper on 3/4/2011 (Regenold, Sheryal) [1:11-mj-00015-JMR] (Entered: 03/04/2011) |
| 03/16/2011 | 10 | Arrest Warrant Returned Executed on 3/3/2011 in case as to Sirvetus Ratcliff. (avm) [1:11-mj-00015-JMR] (Entered: 03/16/2011) |
| 03/22/2011 | 11 | Redacted Indictment as to Sirvetus Lamont Ratcliff (1) count(s) 1, 2, Omar Lawarren Nelson (2) count(s) 1, 2. (Attachments: # 1 Criminal Cover Sheet Ratcliff, # 2 Criminal Cover Sheet Nelson) (avm) (Entered: 03/23/2011) |
| 03/22/2011 | 12 | RESTRICTED DOCUMENT (Unredacted Indictment) as to Sirvetus Lamont Ratcliff, Omar Lawarren Nelson. (Attachments: # 1 Criminal Cover Sheet Ratcliff, # 2 Criminal Cover Sheet Nelson)(avm) (Entered: 03/23/2011) |
| 03/22/2011 | 13 | Praecipe for Summons by USA as to Sirvetus Lamont Ratcliff. (avm) (Entered: 03/23/2011) |
| 03/28/2011 | | Set/Reset Hearings as to Sirvetus Lamont Ratcliff, Omar Lawarren Nelson: Initial Appearance/Arraignment set for 3/29/2011 09:00 AM in Courtroom 881 (Gulfport) before Magistrate Judge John M. Roper. (Regenold, Sheryal) (Entered: 03/28/2011) |
| 03/29/2011 | | Reset Hearings as to Sirvetus Lamont Ratcliff: At the request of counsel for the Defendant, the Arraignment reset for 4/5/2011 09:30 AM in Courtroom 881 (Gulfport) before Magistrate Judge John M. Roper. (Regenold, Sheryal) (Entered: 03/29/2011) |
| 03/31/2011 | | Reset Hearings as to Sirvetus Lamont Ratcliff: Arraignment reset for 4/5/2011 02:00 PM in Courtroom 881 (Gulfport) before Magistrate Judge John M. Roper. THIS IS A TIME CHANGE ONLY (Regenold, Sheryal) (Entered: 03/31/2011) |
| 04/05/2011 | | Minute Entry for proceedings held before Magistrate Judge John M. Roper:Arraignment as to Sirvetus Lamont Ratcliff (1) Count 1,2 held on 4/5/2011. Defendant was sworn and advised of his rights. Defendant plead not guilty and order for discovery and trial order entered. Defendant was remanded to the custody of the U.S. Marshal. APPEARANCES: John Meynardie, AUSA; Michael Crosby, retained counsel for defendant, Melanie Rube/Charles Kaes, USM; Alfred Reyer, CSO; Robyn Gulledge/Matthew Sones, USPO, JD Johnson,Court Recorder (Tape dated 4/5/11) (PKS) (Entered: 04/05/2011) |
| 04/05/2011 | 24 | TRIAL ORDER as to Sirvetus Lamont Ratcliff: Jury Trial set for 6/6/2011 10:00 AM in Courtroom 583 (Gulfport) before District Judge Walter J. Gex III. Motion Dispositive Deadline due by 5/9/2011. Motion N-Dispositive Deadline due by 5/2/2011. Instruction/Exhibit/Witness List due by 6/1/2011. Plea Agreement due by 5/19/2011. Signed by Magistrate Judge John M. Roper on 4/5/11 (PKS) (Entered: 04/06/2011) |
| 04/05/2011 | 25 | ORDER Regarding Discovery as to Sirvetus Lamont Ratcliff. Signed by Magistrate Judge John M. Roper on 4/5/11 (PKS) (Entered: 04/06/2011) |
| 04/21/2011 | 27 | Summons Returned Executed on 3/31/2011 as to Sirvetus Lamont Ratcliff. (avm) (Entered: 04/21/2011) |

| | | |
|---|---|---|
| 05/03/2011 | 28 | MOTION for Extension of Time to File *Non-Dispositive Motions* by Michael W. Crosby as to Sirvetus Lamont Ratcliff (Crosby, Michael) (Entered: 05/03/2011) |
| 05/04/2011 | | DOCKET ANNOTATION as to # 28: : PDF attached to this entry is illegible/corrupted. Attorney is advised to correct the error by refiling the document. Court staff will term the pending motion. (avm) (Entered: 05/04/2011) |
| 05/05/2011 | 29 | MOTION for Extension of Time to File *Non-dispositive* by Michael W. Crosby as to Sirvetus Lamont Ratcliff (Crosby, Michael) (Entered: 05/05/2011) |
| 05/06/2011 | | DOCKET ANNOTATION as to #29: incorrect case number; attorney is directed to correct the error in future filings. Also, document contains blank page(s). PDF documents should be checked for errors before filing. It is not necessary to refile. (avm) (Entered: 05/06/2011) |
| 05/09/2011 | | TEXT ONLY ORDER granting 29 Motion for Extension of Time to File Non-Dispositive Motions as to Sirvetus Lamont Ratcliff (1). Non-dispositive motions shall be filed on or before 5/9/2011. No further written order will issue. Signed by Magistrate Judge Robert H. Walker on May 9, 2011 (King, Steve) (Entered: 05/09/2011) |
| 05/09/2011 | | Set/Reset Deadlines as to Sirvetus Lamont Ratcliff: Motion N-Dispositive Deadline due by 5/9/2011 (King, Steve) (Entered: 05/09/2011) |
| 05/09/2011 | 30 | MOTION for Extension of Time to File *Motions* by Michael W. Crosby as to Sirvetus Lamont Ratcliff (Crosby, Michael) Modified on 5/10/2011 (avm). (Entered: 05/09/2011) |
| 05/10/2011 | 31 | MOTION To Allow Defendant to Keep a Copy of His File by Michael W. Crosby as to Sirvetus Lamont Ratcliff (Crosby, Michael) (Entered: 05/10/2011) |
| 05/10/2011 | | DOCKET ANNOTATION as to #30: court staff has termed the motion for acquital inadvertently included in this docket entry. (avm) (Entered: 05/10/2011) |
| 05/10/2011 | | TEXT ONLY ORDER regarding Defendant Sirvetus Lamont Ratcliff. Defendant's motion for an extension of the dispositive motion deadline to May 13, 2011, is granted. No further extension of this deadline shall be granted. Defendant shall withdraw and refile his motion 6 to suppress, or file a correction and revision of that motion by no later than May 13, 2011. The Court will defer ruling on Defendant's request for a second extension of the non-dispositive motion deadline as this matter is properly before Magistrate Judge Walker. No further written order shall issue. Signed by District Judge Walter J. Gex III on May 10, 2011. (Gex, Kathleen) (Entered: 05/10/2011) |
| 05/11/2011 | | NOTICE OF HEARING as to Sirvetus Lamont Ratcliff Telephonic Status Conference set for 5/11/2011 02:30 PM before Magistrate Judge Robert H. Walker. The Court will initiate the conference call. (SR) (Entered: 05/11/2011) |
| 05/11/2011 | 32 | RESPONSE in Opposition by USA as to Sirvetus Lamont Ratcliff re 6 MOTION to Suppress *Statements* (Meynardie, John) (Entered: 05/11/2011) |
| 05/11/2011 | | Minute Entry for proceedings held before Magistrate Judge Robert H. Walker:Status Conference as to Sirvetus Lamont Ratcliff held on 5/11/2011. Discussed pending motions and the possibility of a plea. The Court will conduct a follow-up conference 5/12/2011 at 1:00 p.m. for a status on plea negotiations. (SR) (Entered: 05/11/2011) |

| 05/11/2011 | | NOTICE OF HEARING ON MOTION in case as to Sirvetus Lamont Ratcliff 30 MOTION for Acquittal MOTION for Extension of Time to File *Motions*, 31 MOTION To Allow Defendant to Keep a Copy of His File : Motion Hearing set for 5/12/2011 01:00 PM before Magistrate Judge Robert H. Walker (SR) (Entered: 05/11/2011) |
|---|---|---|
| 05/12/2011 | | Remark: Michael Crosby attorney for Sirvetus Lamont Ratcliff informed the Court that his client has reached a plea agreement and that the pending motions are now moot. (SR) (Entered: 05/12/2011) |
| 05/12/2011 | | Terminate Deadlines and Hearings as to Sirvetus Lamont Ratcliff: Motion hearing set for 5/12/2011 at 1:00 p.m. (SR) (Entered: 05/12/2011) |
| 05/12/2011 | 33 | NOTICE *of Intent to Plead Guilty* by Sirvetus Lamont Ratcliff (Crosby, Michael) (Entered: 05/12/2011) |
| 05/12/2011 | | TEXT ONLY ORDER finding as moot 30 Motion for Extension of Time to File Motions as to Sirvetus Lamont Ratcliff (1); finding as moot 31 Motion to Allow Defendant to Keep a Copy of His File as to Sirvetus Lamont Ratcliff (1). Counsel for defendant has represented to the court that in light of his client's intent to enter a guilty plea, the motions are now moot. No further written order will issue. Signed by Magistrate Judge Robert H. Walker on May 12, 2011 (King, Steve) (Entered: 05/12/2011) |
| 05/12/2011 | | TEXT ONLY ORDER regarding Defendant Sirvetus Lamont Ratcliff. Pursuant to the notice 33 of intent to plead guilty filed by Defendant Sirvetus Lamont Ratcliff, Defendant's Change of Plea Hearing is hereby set for Monday, June 6, 2011, at 10:30 AM in Courtroom 583 (Gulfport) before District Judge Walter J. Gex III. No further written order shall issue. Signed by District Judge Walter J. Gex III on May 12, 2011. (Gex, Kathleen) (Entered: 05/12/2011) |
| 05/12/2011 | | Terminate Deadlines and Hearings as to Sirvetus Lamont Ratcliff: Trial setting terminated. (Gex, Kathleen) (Entered: 05/12/2011) |
| 05/13/2011 | | DOCKET ANNOTATION as to #33: Attorney is advised to use the correct judge assignment of WJG-RHW on future filed pleadings. (PKS) (Entered: 05/13/2011) |
| 06/06/2011 | 36 | NOTICE OF ATTORNEY APPEARANCE Annette Williams appearing for USA. (Williams, Annette) (Entered: 06/06/2011) |
| 06/10/2011 | 37 | Minute Entry for proceedings held before District Judge Walter J. Gex III: Change of Plea Hearing concerning Sirvetus Lamont Ratcliff continued in open Court on June 6, 2011. Defendant's Change of Plea Hearing re-set for Monday, August 1, 2011, at 10:00 AM in Courtroom 583 (Gulfport) before District Judge Walter J. Gex III. See Minute Entry for complete text. (Court Reporter Teri Norton, (228) 563-1748) (Gex, Kathleen) (Entered: 06/10/2011) |
| 07/19/2011 | 40 | MOTION to Withdraw Document *S 6, 30, & 31* by Michael W. Crosby as to Sirvetus Lamont Ratcliff (Crosby, Michael) (Entered: 07/19/2011) |
| 07/20/2011 | | TEXT ONLY ORDER granting the motion 40 to withdraw documents (motions) 6, 30, and 31, filed by Defendant Sirvetus Lamont Ratcliff (1). Signed by District Judge Walter J. Gex III on July 20, 2011. (Gex, Kathleen) (Entered: 07/20/2011) |
| 08/01/2011 | 42 | NOTICE OF ASSIGNMENT (PROBATION) Officer Jason Alexis as to Sirvetus Lamont Ratcliff. Probation Officer Sandra Doll is no longer assigned to this defendant. |

| | | |
|---|---|---|
| | | (PKS) (Entered: 08/01/2011) |
| 08/01/2011 | 44 | Minute Entry for proceedings held before District Judge Walter J. Gex III: Change of Plea Hearing regarding Defendant Sirvetus Lamont Ratcliff held August 1, 2011. Plea entered by Defendant Sirvetus Lamont Ratcliff (1): Guilty to Count 2 of the Indictment. Defendant's Sentencing set for Wednesday, October 26, 2011, at 10:15 AM in Courtroom 583 (Gulfport)before District Judge Walter J. Gex III. See Minute Entry for complete text. (Court Reporter Kati Vogt, (228) 563-1751) (Gex, Kathleen) Modified on 8/4/2011 (Gex, Kathleen). (Entered: 08/03/2011) |
| 08/01/2011 | 45 | PLEA AGREEMENT concerning Defendant Sirvetus Lamont Ratcliff (1). (Gex, Kathleen) Modified on 8/4/2011 (Gex, Kathleen). (Entered: 08/03/2011) |
| 10/24/2011 | | TEXT ONLY ORDER concerning DefendantSirvetus Lamont Ratcliff: Counsel for Defendant has moved ore tenus for a brief continuance of Defendant's sentencing hearing, currently set for October 26, 2011, to obtain additional information necessary to prepare for Defendant's hearing. The Court hereby grant's Defendant's motion; Defendant's Sentencing is rescheduled for Wednesday, November 2, 2011, at 2:15 PM in Courtroom 583 (Gulfport) before District Judge Walter J. Gex III. No further written order shall issue. Signed by District Judge Walter J. Gex III on October 24, 2011. (Gex, Kathleen) Modified on 10/24/2011 (Gex, Kathleen). (Entered: 10/24/2011) |
| 11/02/2011 | 56 | Minute Entry for proceedings held before District Judge Walter J. Gex III: Sentencing held November 2, 2011, for Defendant Sirvetus Lamont Ratcliff (1). SENTENCE: Count 2, 60 months BOP custody; 3 years supervised release; $100 special assessment. Count 1, Dismissed on motion of the United States. Defendant was remanded to the custody of USMS pending transportation to designated institution. See Minute Entry for complete text. (Court Reporter Kati Vogt, (228) 563-1751) (Gex, Kathleen) (Entered: 11/03/2011) |
| 11/02/2011 | 57 | *RESTRICTED* STATEMENT OF REASONS concerning Defendant Sirvetus Lamont Ratcliff. (Gex, Kathleen) (Entered: 11/03/2011) |
| 11/03/2011 | 58 | PRESENTENCE INVESTIGATION REPORT (Sealed) concerning Defendant Sirvetus Lamont Ratcliff. (Attachments: # 1 Addendum to PSR.) (Gex, Kathleen) (Entered: 11/03/2011) |
| 11/04/2011 | 59 | JUDGMENT as to Sirvetus Lamont Ratcliff (1), Count(s) 1:, Dismissed.; Count(s) 2: 60 months BOP custody; 3 years supervised release; $100 special assessment. Signed by District Judge Walter J. Gex, III on 11/2/11 (PKS) (Entered: 11/04/2011) |
| 01/10/2012 | 60 | Judgment Returned Executed as to Sirvetus Lamont Ratcliff on 12/13/11 (RLW) (Entered: 01/10/2012) |
| 04/15/2014 | 75 | ORDER REASSIGNING CASE. Case reassigned to District Judge Halil S. Ozerden for all further proceedings. District Judge Walter J. Gex, III, Chief District Judge Louis Guirola, Jr no longer assigned to case. Signed by Chief District Judge Louis Guirola, Jr. on 4/15/2014 (wld) (Entered: 04/15/2014) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 05/18/2020 09:09:14 |